David A. Shaneyfelt (CA Bar No. 240777)*
DShaneyfelt@alvarezfirm.com
**The Alvarez Firm**
24005 Ventura Blvd.
Calabasas, CA 91302
Telephone: (818) 224-7077
Facsimile: (818) 224-1380

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Bryan D. Neihart (AZ Bar No. 035937)**
bneihart@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

* *Local Counsel*
**Pro hac vice application pending*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC,** and **Kelly Chang Rickert**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Robert A. Bonta**, *et al.*,<br><br>*Defendants.* | Civil No. 2:24-cv-08377-FMO-DTB<br><br>**[Proposed] Order Granting Plaintiffs' Motion to Expedite Briefing**<br><br>**Date:** October 10, 2024<br>**Time:** 10:00 A.M.<br>**Courtroom:** 6D<br>**Judge:** Fernando M. Olguin |

Before the Court is Plaintiff The Babylon Bee, LLC and Kelly Chang Rickert's Motion to Expedite Briefing on Plaintiffs' Combined Motion for Reconsideration of Stay Order and Brief in Opposition to Stay Order, and in the Alternative, Motion to Transfer Venue ("Plaintiffs' Response to Stay Order").

The Court finds that a hearing is not necessary to resolve the motion. *See* Fed. R. Civ. P. 78; Local Rule 7–15. The Court also recognizes its authority to modify briefing schedules. *See* Fed. R. Civ. P. 6(c)(1)(c); *Avila v. Willits Env't Remediation Trust*, 633 F.3d 828, 833 (9th Cir. 2011). Having reviewed all filings supporting Plaintiffs' motion, the Court GRANTS Plaintiffs' motion to expedite the briefing schedule and ORDERS the following schedule:

- Defendants Bonta and Weber shall file their response to Plaintiffs' Response to Stay Order by October 7, 2024; and
- Plaintiffs shall file their reply in support of their Response to Stay Order by October 8, 2024.

It is so ORDERED.

DATED:   [_____], 2024            _____

The Honorable Fernando M. Olguin
United States District Judge

1