# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BABYLON BEE, LLC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROB BONTA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–08377–FMO–DTB<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | / | Doc. No. | / | Title of Document |
|---|---|---|---|---|
| 10/4/24 | / | 21 | / | Motion |
| 10/4/2024 | / | 22 | / | Motion |

Hearing information is missing, incorrect, or not timely.

Other:

Dated: October 8, 2024     By: /s/ *Fernando M. Olguin*
                                U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)