David A. Shaneyfelt (CA Bar No. 240777)*
DShaneyfelt@alvarezfirm.com
**The Alvarez Firm**
24005 Ventura Blvd.
Calabasas, CA 91302
Telephone: (818) 224-7077
Facsimile: (818) 224-1380

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Bryan D. Neihart (AZ Bar No. 035937)**
bneihart@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert*

* Local Counsel
**Pro hac vice application pending                                  **JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC,** and **Kelly Chang Rickert**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Robert A. Bonta**, *et al.*,<br><br>*Defendants.* | Civil No. 2:24-cv-08377-FMO-DTB<br><br>**Order Granting Plaintiffs' Motion [30] to Transfer Venue**<br><br>**Date:**  November 7, 2024<br>**Time:**  10:00 A.M.<br>**Courtroom:**  6D<br>**Judge:**  Fernando M. Olguin |

Before the Court is Plaintiff The Babylon Bee, LLC and Kelly Chang Rickert's motion to transfer venue.

The Court finds that a hearing is not necessary to resolve the motion. *See* Fed. R. Civ. P. 78; Local Rule 7–15. Having reviewed all filings and supporting documents in favor of and in opposition to Plaintiffs' motion, the Court GRANTS Plaintiffs' motion to transfer venue to the United States District Court for the Eastern District of California, Sacramento Division.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Having considered the § 1404(a) factors, all of the factors either weigh in favor of transfer or are neutral. Thus, the Court concludes that transferring this case will serve the interests of justice and the convenience of the parties and witnesses. Given that the balance of factors favors transfer, the court will exercise its "broad discretion[,]" *Amini Innovation Corp. v. JS Imports, Inc.*, 497 F. Supp. 2d 1093, 1108 (C.D. Cal. 2007), and hereby orders the clerk to TRANSFER this case to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

DATED:   October 9, 2024              _____/s/_____
                                       Hon. Fernando M. Olguin
                                       United States District Judge

1