# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24–cv–08377–FMO–DTB

| | |
|---|---|
| The Babylon Bee, LLC et al v. Feldstein Soto et al | Date Filed: 09/30/2024 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 10/09/2024 |
| Referred to: Magistrate Judge David T. Bristow | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The Babylon Bee, LLC**     represented by     **David A Shaneyfelt**
Alvarez Firm ALC
24005 Ventura Boulevard
Calabasas, CA 91302
818–224–7077
Fax: 818–224–1380
Email: dshaneyfelt@alvarezfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Chang Rickert**     represented by     **David A Shaneyfelt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rob Bonta**
*in his official capacity as Attorney General of the State of California*     represented by     **Kristin A. Liska**
CAAG – Office of the Attorney General
455 Golden Gate Avenue Suite 11000
San Francisco, CA 94102
415–510–3916
Fax: 415–703–1234
Email: Kristin.Liska@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shirley N. Weber**
*in her official capacity as California Secretary of State*     represented by     **Kristin A. Liska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George Gascon**
*in his official capacity as District Attorney for Los Angeles County*

**Defendant**

**Hydee Soto**
*in her official capacity as the Los Angeles City Attorney*
*TERMINATED: 10/04/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2024 | Ï 1 | COMPLAINT Receipt No: ACACDC–38302956 – Fee: $405, filed by Plaintiff Kelly Chang Rickert, The Babylon Bee, LLC. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12) (Attorney David A Shaneyfelt added to party The Babylon Bee, LLC(pty:pla), Attorney David A Shaneyfelt added to party Kelly Chang Rickert(pty:pla))(Shaneyfelt, David) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. (Shaneyfelt, David) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 3 | NOTICE of Interested Parties filed by Plaintiff The Babylon Bee, LLC, Kelly Chang Rickert, (Shaneyfelt, David) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by Plaintiff The Babylon Bee, LLC, Kelly Chang Rickert. (Attachments: # 1 Summons – S. Weber, # 2 Summons – G. Gascon, # 3 Summons – H. Soto)(Shaneyfelt, David) (Entered: 09/30/2024) |
| 10/01/2024 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge David T. Bristow. (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | Ï 8 | (Court only) GENERIC COURT ONLY: Case assigned from districtwide case assignment deck for cases seeking nationwide or statewide relief. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | Ï 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Rob Bonta, George Gascon, Hydee Soto, Shirley N. Weber. (Attachments: # 1 Summons for Shirley N. Weber, # 2 Summons for George Gascon, # 3 Summons for Hydee Soto) (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | Ï 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Jonathan A Scruggs on behalf of Plaintiffs. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/01/2024 | 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Bryan D Neihart on behalf of Plaintiffs. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 10/01/2024) |
| 10/01/2024 | 12 | APPLICATION for Temporary Restraining Order as to Plaintiffs' Application for TRO or Alternative Motion for Expedited Preliminary Injunction filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. Application set for hearing on 10/10/2024 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Memorandum in Support of Plaintiffs' Application for TRO or Alternative Motion for Expedited Preliminary Injunction, # 2 Declaration in Support of Plaintiffs' Application for TRO or Alternative Motion for Expedited Preliminary Injunction, # 3 Proposed Order [Proposed] Order Granting Plaintiffs' Application for TRO or Alternative Motion for Expedited Preliminary Injunction) (Shaneyfelt, David) (Entered: 10/01/2024) |
| 10/01/2024 | 13 | RESPONSE filed by Pro Hac Vice attorney *Jonathan Scruggs* David A Shaneyfelt on behalf of Plaintiffs Kelly Chang Rickert, The Babylon Bee, LLC. RE: for Jonathan Scruggs. (Attachments: # 1 Proposed Order to Application of Non−Resident Attorney to Appear in a Specific Case)(Shaneyfelt, David) (Entered: 10/01/2024) |
| 10/01/2024 | | PHV FEE PAID for Non−Resident Attorney Jonathan A. Scruggs Application to Appear Pro Hac Vice. Receipt No. ACACDC−38321476 for $500 pro hac vice fee. (Shaneyfelt, David) (Entered: 10/01/2024) |
| 10/01/2024 | 14 | RESPONSE filed by Pro Hac Vice attorney *Bryan Neihart* David A Shaneyfelt on behalf of Plaintiffs Kelly Chang Rickert, The Babylon Bee, LLC. RE: for Bryan Neihart. (Attachments: # 1 Proposed Order to Application of Non−Resident Attorney to Appear in a Specific Case)(Shaneyfelt, David) (Entered: 10/01/2024) |
| 10/01/2024 | | PHV FEE PAID for Non−Resident Attorney Bryan D. Neihart Application to Appear Pro Hac Vice. Receipt No. ACACDC−38321487 for $500 pro hac vice fee. (Shaneyfelt, David) (Entered: 10/01/2024) |
| 10/02/2024 | 15 | MINUTES (IN CHAMBERS) ORDER RE: BRIEFING RE: STAY OF PROCEEDINGS 12 by Judge Fernando M. Olguin. *See Order for Details.* (rolm) (Entered: 10/02/2024) |
| 10/03/2024 | 16 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 10/03/2024) |
| 10/03/2024 | 17 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. Pursuant to the Minute Order 15 , the hearing on the TRO for 10/10/2024 is hereby vacated pending the ordered briefing. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 10/03/2024) |
| 10/03/2024 | 18 | Notice of Appearance or Withdrawal of Counsel: for attorney Kristin A. Liska counsel for Defendants Rob Bonta, Shirley N. Weber. Adding Kristin A. Liska as counsel of record for Defendants Rob Bonta and Shirley N. Weber for the reason indicated in the G−123 Notice. Filed by Defendants Rob Bonta and Shirley N. Weber. (Attorney Kristin A. Liska added to party Rob Bonta(pty:dft), Attorney Kristin A. Liska added to party Shirley N. Weber(pty:dft))(Liska, Kristin) |

| | | |
|---|---|---|
| 10/03/2024 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Response to Notice of Fee Due on Pro Hac Vice Application, 13 , Response to Notice of Fee Due on Pro Hac Vice Application, 14 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests – Appear Pro Hac Vice (G–64).. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 10/03/2024) |
| 10/04/2024 | 20 | NOTICE OF DISMISSAL filed by Plaintiffs Kelly Chang Rickert, The Babylon Bee, LLC pursuant to FRCP 41a(1) as to George Gascon, Hydee Soto. (Shaneyfelt, David) (Entered: 10/04/2024) |
| 10/04/2024 | 21 | *STRICKEN* NOTICE OF MOTION AND MOTION for Reconsideration re Staying Case 15 and Brief in Opposition to Stay Order, and in the Alternative, Motion to Transfer Venue filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. (Attachments: # 1 Declaration of Bryan Neihart, # 2 Exhibit 1 to Declaration of B. Neihart, # 3 Proposed Order) (Shaneyfelt, David) Modified on 10/8/2024 (vdr). (Entered: 10/04/2024) |
| 10/04/2024 | 22 | *STRICKEN* NOTICE OF MOTION AND MOTION to Expedite Briefing *of Plaintiffs Combined Motion for Reconsideration of Stay Order and Brief in Opposition to Stay Order, and in the Alternative, Motion to Transfer Venue filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert.* (Attachments: # *1 Proposed Order*) (Shaneyfelt, David) Modified on 10/8/2024 (vdr). (Entered: 10/04/2024) |
| 10/04/2024 | 23 | PROOF OF SERVICE Executed by Plaintiff Kelly Chang Rickert, The Babylon Bee, LLC, upon Defendant Shirley N. Weber served on 10/2/2024, answer due 10/23/2024. Service of the Summons and Complaint were executed upon Kanji Montalvo – Authorized Agent/Deputy for Shirley N. Weber in compliance with Federal Rules of Civil Procedure by personal service (Shaneyfelt, David) (Entered: 10/04/2024) |
| 10/04/2024 | 24 | PROOF OF SERVICE Executed by Plaintiff Kelly Chang Rickert, The Babylon Bee, LLC, upon Defendant Rob Bonta served on 10/2/2024, answer due 10/23/2024. Service of the Summons and Complaint were executed upon Sheriff S. Lee – Authorized agent for Rob Bonta in compliance with Federal Rules of Civil Procedure by personal service (Shaneyfelt, David) (Entered: 10/04/2024) |
| 10/07/2024 | 25 | *STRICKEN* NOTICE OF MOTION AND MOTION to Waive Oral Argument on Plaintiffs' Motions filed by Plaintiff The Babylon Bee, LLC, Kelly Chang Rickert. Motion set for hearing on 10/10/2024 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Proposed Order) (Shaneyfelt, David) Modified on 10/8/2024 (vdr). (Entered: 10/07/2024) |
| 10/08/2024 | 26 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Motions 21 , 22 , 25 . The following error(s) was/were found: Hearing information is missing, incorrect, or untimely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv) (Entered: 10/08/2024) |
| 10/08/2024 | 27 | ORDER STRIKING by Judge Fernando M. Olguin Re: Motions 21 and 22 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): (1) Hearing information is not timely. See Local Rule 6–1. The notice of motion shall be filed with the Clerk not later than twenty–eight (28) days before the date set for hearing (vdr) (Entered: 10/08/2024) |
| 10/08/2024 | 28 | |

| | | |
|---|---|---|
| | | APPLICATION of Non−Resident Attorney Johannes Widmalm−Delphonse to Appear Pro Hac Vice on behalf of Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−38363189) filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. (Attachments: # 1 Proposed Order to Application of Non−Resident Attorney to Appear in a Specific Case) (Shaneyfelt, David) (Entered: 10/08/2024) |
| 10/08/2024 | 29 | RESPONSE filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickertto Staying Case 15 (Attachments: # 1 Declaration of Bryan Neihart, # 2 Exhibit 1 to Declaration of B. Neihart)(Shaneyfelt, David) (Entered: 10/08/2024) |
| 10/08/2024 | 30 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of California, Sacramento Division filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. Motion set for hearing on 11/7/2024 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Declaration of Bryan Neihart, # 2 Proposed Order) (Shaneyfelt, David) (Entered: 10/08/2024) |
| 10/08/2024 | 31 | NOTICE OF MOTION AND MOTION to Expedite Decision on Motion to Transfer Venue filed by Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert. Motion set for hearing on 11/7/2024 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Proposed Order) (Shaneyfelt, David) (Entered: 10/08/2024) |
| 10/08/2024 | 32 | ORDER STRIKING by Judge Fernando M. Olguin Re: MOTION to Waive Oral Argument 25 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): (1) Hearing information is incorrect and not timely. (vdr) (Entered: 10/08/2024) |
| 10/09/2024 | 33 | ORDER GRANTING PLAINTIFFS' MOTION 30 TO TRANSFER VENUE by Judge Fernando M. Olguin. The Court hereby orders the clerk to TRANSFER this case to the United States District Court for the Eastern District of California, Sacramento Division. MD JS−6. Case Terminated. (iv) (Entered: 10/10/2024) |