

United States District Court
Eastern District of California

The Babylon Bee, LLC and K. Chang Rickert

Plaintiff(s)

Case Number: 2:24-cv-02787-WBS-SCR

V.

R. Bonta and S. Weber

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Johannes Widmalm-Delphonse _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
The Babylon Bee, LLC and Kelly Chang Rickert

On _____ 09/09/2020 _____ (date), I was admitted to practice and presently in good standing in the
_____ Virginia _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 10/11/2024 _____          Signature of Applicant: /s/ Johannes Widmalm-Delphonse

**Pro Hac Vice Attorney**

Applicant's Name:          Johannes Widmalm-Delphonse

Law Firm Name:             Alliance Defending Freedom

Address:                   44180 Riverside Parkway

City: Lansdowne          State: VA      Zip: 20176

Phone Number w/Area Code: (571) 707-4655

City and State of Residence: Berryville, Virginia

Primary E-mail Address:    jwidmalmdelphonse@adflegal.org

Secondary E-mail Address:  lhanson@adflegal.org

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Brian R. Chavez-Ochoa

Law Firm Name:             Chavez-Ochoa Law Offices, Inc.

Address:                   4 Jean Street, Suite 4

City: Valley Springs      State: CA      Zip: 95252

Phone Number w/Area Code: (209) 772-3013      Bar # 190289

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  October 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE