1  Brian R. Chavez-Ochoa (CA Bar No. 190289)
   brianr@chavezochoalaw.com
2  Chavez-Ochoa Law Offices, Inc.
3  4 Jean Street, Suite 4
   Valley Springs, CA 95252
4  Telephone:   (209) 772-3013

5
   Johannes Widmalm-Delphonse (VA Bar No. 96040)*
6  jwidmalmdelphonse@adflegal.org
   Alliance Defending Freedom
7  44180 Riverside Parkway
   Lansdowne, VA 20176
8  Telephone:   (571) 707-4655

9
   Jonathan A. Scruggs (AZ Bar No. 030505)*
10 jscruggs@ADFlegal.org
   Alliance Defending Freedom
11 15100 N. 90th Street
   Scottsdale, AZ 85260
12 Telephone:   (480) 444-0020

13
   *Counsel for Plaintiffs The Babylon Bee, LLC
14 and Kelly Chang Rickert*

15 *Admitted pro hac vice

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC**, and **Kelly Chang Rickert**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **Rob Bonta,** et al., <br><br> *Defendants.* | Civil No. 2:24-cv-02787-JAM-CKD <br><br> **Stipulation re *Kohls* Preliminary Injunction** <br><br> **Judge:** John A. Mendez |

# STIPULATION

1. Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert filed this suit on September 30, 2024, in the Central District of California, and sought a temporary restraining order or preliminary injunction to enjoin Defendants California Attorney General Rob Bonta and Secretary of State Shirley N. Weber from enforcing AB 2839 (Cal. Elec. Code § 20012) against them. See Pls.' App. for TRO or Mot. Prelim. Inj., ECF No. 12.

2. On October 2, 2024, this Court facially enjoined Defendants from enforcing AB 2839 in a related case. Order, *Kohls v. Bonta*, No. 24-cv-02527 (E.D. Cal., Oct. 2, 2024), ECF No. 14.

3. This case was subsequently transferred to the Eastern District of California and assigned to this Court. All parties have agreed to consolidate this case with *Kohls v. Bonta* in a separate stipulation filed concurrently with this Court.

NOW THEREFORE, the parties hereby STIPULATE that:

4. The preliminary injunction ordered on October 2 (*Kohls v. Bonta*, No. 24-cv-2527, ECF No. 14) applies to Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert by the order's plain language.

DATED: October 22, 2024

s/ *Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
VA Bar No. 96040
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
571-707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020

s/ *Kristin A. Liska*
(authorized 10.22.24)

Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General
State Bar No. 315994
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3916
Fax: (415) 703-5480
E-mail: Kristin.Liska@doj.ca.gov

| | |
|---|---|
| jscruggs@ADFlegal.org | *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* |

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
209-772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

## PROOF OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 22nd day of October, 2024.

<u>*s/ Johannes Widmalm-Delphonse*</u>
Johannes Widmalm-Delphonse
Counsel for Plaintiffs